UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 11-14514-ABB
CHAPTER 7

IN RE: §
§
MURRAY EUGENE BROWN §
And MARY LEE BROWN §
    Debtor(s) §
_____/

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel for Wells Fargo Bank, NA dba America's Servicing Company as servicer for US Bank National Association, as Trustee for Adjustable Rate Mortgage Trust 2005-5, Adjustable Rate Mortgage Backed PassThrough Certificates, Series 2005-5, its Successors and/or Assigns, a secured creditor of the above named Debtor(s).

The Clerk of the Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was delivered to the parties listed on the below service list by First Class U.S. mail postage pre-paid, and/or by electronic filing this 7th day of October, 2011.

Respectfully Submitted,

Marinosci Law Group, P.A.
Attorney for Secured Creditor
100 West Cypress Creek Road, Ste 1045
Ft. Lauderdale, FL 33309
Phone: (954)644-8704
EFax: (954) 772-9601

/s/ Bart T. Heffernan
Bart T. Heffernan, Esq.
FBN: 353949

Service List

Murray Eugene Brown
644 W Winter Park St
Orlando, FL 32804

Mary Lee Brown
644 W Winter Park St
Orlando, FL 32804

Trustee-Robert E Thomas
Post Office Box 5075
Winter Park, FL 32793-5075

U.S. Trustee-United States Trustee - ORL7
135 W Central Blvd., Suite 620
Orlando, FL 32801